UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:09-00226 |
| ) | JUDGE CAMPBELL |
| JULIO CESAR ROJAS-LOPEZ, ) | |
| DONALD EFREN FRANCO, ) | |
| DENIS FRANCO, ) | |
| LUIS ARMANDO MONTERROSO PINEDA, and ) | |
| EDWING RONAL MORALES | |

ORDER

Pending before the Court is Defendant Julio Rojas-Lopez's Motion to Strike Pretrial Motions (Docket No. 102). The Motion is GRANTED and Docket Nos. 92, 94, and 96 are withdrawn.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE